**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

November 14, 2022

**BY ECF**

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    **Irene Alicea v. The Woodner Company LTD a/k/a The Woodner Company
Case No. 22-cv-09569 (JPC)**

Dear Judge Cronan:

      We are counsel for Plaintiff in the above-referenced matter. We write to address the concerns raised in Your Honor's Order of even date (ECF No. 5) regarding the assignment of this case. Plaintiff resides in Yonkers, New York. Insofar as Plaintiff's claim arose, in large part, in Westchester County, we believe that a transfer of this case to White Plains would be appropriate. With respect to the foregoing, our civil cover sheet was erroneous.

      In light of the above clarification, we believe that the status conference scheduled for tomorrow morning may no longer be necessary. Alternatively, because Plaintiff's undersigned counsel is scheduled to appear for a trial tomorrow morning at 9:30 a.m. in Nassau County, we respectfully request that the scheduled conference be adjourned to tomorrow afternoon or to a later date. We appreciate the Court's attention to this request.

      Respectfully yours,

      /s/

      Marc A. Rapaport

The status conference scheduled for November 15, 2022 is adjourned *sine die*.

SO ORDERED
Date: November 14, 2022
New York, New York

      _____
      JOHN P. CRONAN
      United States District Judge