

Attorneys at Law

Jeffrey H. Ruzal
t  212.351.3762
f  212.878.8600
JRuzal@ebglaw.com

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 19.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          March 14, 2023

**Via CM/ECF**

Hon. Philip M. Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601-4150

    Re: <u>Irene Alicea v. The Woodner Company Ltd, Case No. 7:22-cv-09569-PMH</u>

Dear Judge Halpern:

    Our Firm represents Defendant The Woodner Company, Ltd. in the above-referenced action. We write jointly with Plaintiff Irene Alicea to respectfully request that the parties' deadline to submit a proposed Civil Case Discovery Plan and Scheduling Order be extended from March 15, 2023 to March 29, 2023 and the initial case conference be adjourned from March 22, 2023 to April 5, 2023, or on the next available date for the Court. The reason for the request is that the parties appeared for a mediation conference before Mr. Richard Leland on March 2, 2023 and again on March 8, 2023, and are continuing to discuss the possibility of settlement with Mr. Leland to avoid the need for further litigation. The extension would allow the parties additional time to confer with Mr. Leland and our respective clients regarding settlement. The extension would not impact other scheduled dates, and no such prior application has been requested.

    We thank Your Honor in advance for your attention to this matter.

                                        Respectfully submitted,

                                        */s/ Jeffrey H. Ruzal*
                                        Jeffrey H. Ruzal

CC:    *All Counsel of Record*