# Rapaport Law Firm

Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

> Application granted. The conference scheduled in this matter for March 22, 2023 is adjourned *sine die*.
>
> Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall prepare a joint statement explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable. The settlement agreement and joint statement shall be filed via ECF by April 26, 2023..
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 22.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 22, 2023

March 21, 2023

**Via CM/ECF**

Hon. Philip M. Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601-4150

Re: <u>Irene Alicea v. The Woodner Company Ltd, Case No. 7:22-cv-09569-PMH</u>

Dear Judge Halpern:

We represent plaintiff Irene Alicea ("Plaintiff") in the above-referenced matter, which involves claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA") and New York Labor Law ("NYLL") for wage and hour violations. We respectfully submit this letter, jointly with counsel for Defendant, to request that tomorrow's scheduled initial conference be adjourned *sine die* because this afternoon, the parties reached a settlement in principle.

This is the second request to adjourn the foregoing conference. The parties believe that the requested extension will not affect any other deadline in this case. Although this extension request is made at the last minute, there is good cause for this request because, as stated above, the foregoing agreement in principle was only reached this afternoon.

The parties also jointly request sufficient time to prepare and submit a signed settlement agreement, together with an application for the Court's approval of same pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015).

The parties appreciate the Court's attention to this request.

Respectfully submitted,

*Marc Rapaport*

Marc Rapaport

cc: All Counsel of Record via ECF