# Rapaport Law Firm

Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

April 24, 2023

> Application granted. The parties shall file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, by May 3, 2023. No further adjournments will be granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 24.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 25, 2023

**BY ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   **Irene Alicea v. The Woodner Company LTD**
        Case No. 7:22-cv-09569(PMH)

Dear Judge Halpern:

We are counsel for plaintiff in the above-referenced case, wherein plaintiff asserts wage claims under the FLSA and NYLL. Pursuant to Your Honor's Order [ECF No. 23], the parties are required to submit an executed settlement agreement, together with a joint letter application for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015) by April 26, 2023. We write jointly with defendant to respectfully request that the Court grant a one-week extension of the foregoing deadline to May 3, 2023. The parties request this additional time because the attorneys for the parties continue to negotiate the terms of the settlement agreement, having exchanged multiple drafts.

No other deadlines or scheduled appearances will be affected by the requested extension. This is the first request for an extension of this deadline.

We thank the Court for its time and attention to this case.

Respectfully submitted,

/s/ Marc A. Rapaport
Marc A. Rapaport

cc:   All Counsel of Record via ECF